UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DRAWSAND, | No. C-11-2163 EMC |
| Plaintiff, | |
| v. | **ORDER RE NINTH CIRCUIT REFERRAL NOTICE** |
| STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, *et al.*, | |
| Defendants. _____/ | |

The Court is in receipt of the Ninth Circuit's Referral Notice asking the Court to determine whether in forma pauperis ("IFP") status should continue for Ms. Drawsand's appeal. Docket No. 15. The Court declines to revoke Ms. Drawsand's IFP status. The Clerk is directed to notify the Court of Appeals of this order.

IT IS SO ORDERED.

Dated: October 21, 2011

_____
EDWARD M. CHEN
United States District Judge